[No. 24566-7-III.   Division Three.   January 4, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MATT DAVID DONALD, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-8-00425-7, Jerri G. Potts, J. Pro Tem., entered October 11, 2005. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Schultheis, A.C.J., and Brown, J.

[No. 24663-9-III.   Division Three.   January 4, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE JAMES PLANK III, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00065-2, Salvatore F. Cozza, J., entered October 28, 2005. *Reversed* and *remanded* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 24860-7-III.   Division Three.   January 4, 2007.]

THE STATE OF WASHINGTON, *Appellant*, v. DANIEL JAMES HALL, *Respondent*.

Appeal from judgments of the Superior Court for Spokane County, No. 05-1-03165-5, Kathleen M. O'Connor and Linda G. Tompkins, JJ., entered December 16, 2005 and January 24, 2006. *Affirmed* by unpublished opinion per Kato, J., concurred in by Schultheis, A.C.J., and Kulik, J.

[No. 24988-3-III.   Division Three.   January 4, 2007.]

PONDEROSA HILL, INC., ET AL., *Appellants*, v. SPOKANE COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 02-2-00133-6, Philip W. Borst, J., entered February 2, 2006. *Affirmed* by unpublished opinion per Schultheis, A.C.J., concurred in by Kato and Kulik, JJ.